UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRAVIS COOK, ) | |
| ) | Case No. 09 C 4051 |
| Plaintiff, ) | |
| ) | Judge Virginia M. Kendall |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| P.O. TOLEDO and P.O. ROMO, ) | |
| Individually, and the COUNTY ) | Jury Demand |
| OF COOK, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF FILING

TO:

PLEASE TAKE NOTICE that on this 30th day of April, 2010, I caused to be electronically filed with the Clerk of the District Court for the Northern District of Illinois the attached **Stipulation to Dismiss.**

/s/ David S. Lipschultz
GREGORY E. KULIS & ASSOCIATES, LTD.

### CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 30th day of April, 2010, I, David S. Lipschultz, an attorney, served the attached documents upon the aforementioned address by electronically filing the same with the Clerk for the U.S. District Court for the Northern District of Illinois, Eastern Division, a copy of which was then forwarded to each attorney of record.

/s/ David S. Lipschultz

**GREGORY E. KULIS & ASSOCIATES**
**30 N. LaSalle Street, Suite 2140**
**Chicago, IL 60602**
**(312) 580-1830**